IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA REYES,<br><br>        Plaintiff,<br><br>    v.<br><br>OTIS ELEVATOR COMPANY, DAYMARK REALTY ADVISORS, INC., and NNN 1818 MARKET STREET, LLC,<br><br>        Defendants. | CIVIL ACTION<br>NO. 13-4379 |

## ORDER

**AND NOW**, this 1st day of November, 2016, upon consideration of the two separate defense motion for summary judgment as well the motion to preclude Plaintiff's liability expert, and all supporting and opposing papers, it is hereby **ORDERED** as follows:

1. The Motion of Defendants Daymark Realty Advisors, Inc., and NNN 1818 Market Street, LLC, for Summary Judgment and to Preclude Plaintiff's Liability Expert (Doc. #40) is **DENIED** in both respects.

2. The Motion of Defendant Otis Elevator Company for Summary Judgment (Doc. #41) is **DENIED**.

                                                  **BY THE COURT:**

                                                  **/s/ Jeffrey L. Schmehl**
                                                  Jeffrey L. Schmehl, J.